UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S.B., by her Next Friend, Tomika Johnson,

    Plaintiff,

vs.

ANN ARBOR PUBLIC SCHOOLS,

    Defendant.

Case No: 12-10442
Hon. Patrick J. Duggan
Magistrate Michael J. Hluchaniuk

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED** that the above entitled cause be and the same hereby is dismissed in its entirety with prejudice and without costs to any party.

This Order resolves the last pending claim and closes the captioned case.

**SO ORDERED**.

    S/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated:  June 14, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 14, 2013, by electronic and/or ordinary mail.

    S/Marilyn Orem
    Case Manager

I stipulate to entry of the above order:

| s/Nicholas Roumel | s/John J. Gillooly |
|---|---|
| Nicholas Roumel | John J. Gillooly |
| NACHT, ROUMEL, SALVATORE, | GARAN LUCOW MILLER, P.C. |
| BLANCHARD & WALKER, P.C. | 1000 Woodbridge Street |
| 101 N. Main Street, Suite 555 | Detroit, MI  48207 |
| Ann Arbor, MI  48104 | 313.446.5501 |
| 734.663.7550 | Jgillool@garanlucow.com |
| nroumel@nachtlaw.com | P41948 |
| P37056 | |